UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA LOFTIS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DENISE RAMOS, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 16-cv-02300-MMA (DHB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE AND/OR EXTEND RELEVANT LITIGATION DEADLINES AND DATES**<br><br>**(ECF No. 35)** |

On December 12, 2017, the parties filed a Joint Motion to Continue and/or Extend Relevant Litigation Deadlines and Dates. (ECF No. 35.) Good cause appearing, the Joint Motion is **GRANTED**. Accordingly, the remaining deadlines and dates in the Scheduling Order (ECF No. 23) are **VACATED**,[1] and the Court **ORDERS** as follows:

　　1.　A Second Amended Complaint shall be filed by **January 4, 2018**.

　　2.　The deposition of Plaintiff and that of Plaintiff's son shall be held the last week of January 2018. Depositions of Defendants shall be scheduled in due course.

---

[1] However, to the extent the parties designated experts by December 1, 2017, the expert disclosure deadlines remain in effect.

3.  The parties shall file a joint motion to address any outstanding discovery disputes no later than **January 31, 2018**. The Court refers the parties to Section IV of Judge Bartick's Civil Chambers Rules regarding discovery disputes.

4.  All discovery must be completed by all parties by **June 29, 2018**. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, **so that it may be completed** by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. **Counsel must promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a).** The Court expects counsel to make every effort to resolve all disputes without court intervention through the meet and confer process. If the parties reach an impasse on any discovery issue, counsel must file an appropriate motion within the time limit and procedures outlined in the undersigned magistrate judge's chambers rules. **A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the court, no stipulation continuing or altering this requirement will be recognized by the court.**

5.  Failure to comply with this section or any other discovery order of the court may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of experts or other designated matters in evidence.

6.  All dispositive pretrial motions, including motions for summary judgment and motions addressing *Daubert* issues, must be filed by **July 27, 2018**.[2] Counsel for the moving party must obtain a motion hearing date from Judge Anello's law clerk. The period of time between the date you request a motion date and the hearing date may vary from one district judge to another. Please plan accordingly. Failure to make a timely request

---

[2] This deadline is not applicable to pretrial motions *in limine*. For further information regarding motions *in limine*, please refer to Judge Anello's Civil Chambers Rules.

for a motion date may result in the motion not being heard.

7. If appropriate, following the filing of an order ruling on a motion for summary judgment or other dispositive pretrial motion, or in the event no such motion is filed, after the expiration of the deadline set forth in paragraph 6, supra, Judge Anello will issue a pretrial scheduling order setting a pretrial conference, trial date, and all related pretrial deadlines. The parties must review and be familiar with Judge Anello's Civil Chambers Rules, which provide additional information regarding pretrial scheduling.

8. The parties are **ORDERED** to contact the Chambers of Magistrate Judge Bartick within **three days** of the Court's ruling on a dispositive pretrial motion, or in the event no such motion is filed, **after the expiration of the deadline set forth in paragraph 6**, supra, to schedule a Mandatory Settlement Conference.

9. A post trial settlement conference before a magistrate judge may be held within 30 days of verdict in the case.

10. The dates and times set forth herein will not be modified except for good cause shown.

11. Briefs or memoranda in support of or in opposition to any pending motion must not exceed twenty-five (25) pages in length without leave of a district court judge. No reply memorandum will exceed ten (10) pages without leave of a district court judge. Briefs and memoranda exceeding ten (10) pages in length must have a table of contents and a table of authorities cited.

Plaintiff's counsel must serve a copy of this order on all parties that enter this case hereafter.

IT IS SO ORDERED.

Dated: December 15, 2017

LOUISA S PORTER
United States Magistrate Judge