# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARISSA LOFTIS, et al.,** | Case No. 3:16-cv-02300-MMA-MSB |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| **D. RAMOS, et al.,** | |
| Defendants. | |

This action came before the Court for a jury trial beginning on October 8, 2019. The issues have been tried, and the jury has rendered a verdict in favor of Defendants on all claims. Based on the jury verdict for Defendants returned on October 10, 2019, *see* Ex. A attached hereto, the Court awards judgment in favor of Defendants D. RAMOS, C. DAVIS, C. VALADEZ (MEZA), and J. UGALDE, and against Plaintiffs, MARISSA LOFTIS and MARQUISE DEANGELO LOFTIS, JR.

The Court previously entered summary judgment for Defendants on Plaintiffs' Fourth Amendment illegal search claim and Fourteenth Amendment deprivation of familial companionship claim. *See* Doc. No. 64.

//

**IT IS ORDERED AND ADJUDGED** that Defendants did not violate Plaintiffs' Fourth Amendment right to be free from unreasonable seizure.

The Court DIRECTS The Clerk of Court to enter a separate Clerk's Judgment in favor of Defendants D. RAMOS, C. DAVIS, C. VALADEZ (MEZA), and J. UGALDE, and to close this case.

**IT IS SO ORDERED**.

DATE: October 15, 2019

*/s/ Michael M. Anello*
HON. MICHAEL M. ANELLO
United States District Judge

# EXHIBIT A



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA LOFTIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RAMOS, et al., <br><br> Defendants. | Case No.: 16cv2300-MMA (MSB) <br><br> **VERDICT** |

We, the jury in the above-entitled action, find the following Special Verdict on the questions submitted to us:

1. Did any Defendant unreasonably detain MARQUIS LOFTIS JR. in violation of the Fourth Amendment? (circle the appropriate answer)

    Defendant DENISE RAMOS:                    Yes    **(No)**

    Defendant CHRISTINE VALADEZ (MEZA):      Yes    **(No)**

If you answered YES as to either Defendant, answer question 2 as to that Defendant or Defendants. If you answered NO as to both Defendants, please go directly to question 3.

2. For each Defendant who received a Yes answer to question 1, did that unlawful detention cause injury to MARQUIS LOFTIS JR.? (circle the appropriate answer)

    Defendant DENISE RAMOS:    Yes    No

    Defendant CHRISTINE VALADEZ (MEZA):    Yes    No

Please go to question 3.

3. Did any Defendant arrest MARISSA LOFTIS without probable cause? (circle the appropriate answer)

    Defendant DENISE RAMOS:    Yes    **(No)**

    Defendant JOSHUA UGALDE:    Yes    **(No)**

    Defendant CHRISTINE VALADEZ (MEZA):    Yes    **(No)**

    Defendant CHRIS DAVIS:    Yes    **(No)**

If you answered YES as to any Defendant, answer question 4 as to that Defendant or Defendants. If you answered NO as to all Defendants, please go directly to question 5, except if you also answered NO as to all Defendants in question 1, in which case please proceed to the last page and have your presiding juror date and sign this form.

4. For each Defendant who received a Yes answer to question 3, did that unlawful detention cause injury to MARISSA LOFTIS? (circle the appropriate answer)

    Defendant DENISE RAMOS:    Yes    No

    Defendant JOSHUA UGALDE:    Yes    No

    Defendant CHRISTINE VALADEZ (MEZA):    Yes    No

    Defendant CHRIS DAVIS:    Yes    No

Please proceed to question 5.

//
//
//
//
//

5. What amount, if any, do you award as damages? Only answer this question if you answered YES to questions 2 or 4.

<u>MARQUIS LOFTIS JR.</u>

Against DENISE RAMOS: $_____

Against CHRISTINE VALADEZ (MEZA): $_____

<u>MARISSA LOFTIS</u>

Against DENISE RAMOS: $_____

Against JOSHUA UGALDE: $_____

Against CHRISTINE VALADEZ (MEZA): $_____

Against CHRIS DAVIS: $_____

6. Answer the following questions only if you have answered YES to questions 1 or 3 for any Defendant.

    A. Do you find by a preponderance of the evidence that any Defendant acted with malice, oppression or reckless disregard for the rights of MARQUIS LOFTIS JR.? (circle the appropriate answer)

    Defendant DENISE RAMOS:    Yes    No

    Defendant CHRISTINE VALADEZ (MEZA):    Yes    No

    B. Do you find by a preponderance of the evidence that any Defendant acted with malice, oppression or reckless disregard for the rights of MARISSA LOFTIS? (circle the appropriate answer)

    Defendant DENISE RAMOS:    Yes    No

    Defendant JOSHUA UGALDE:    Yes    No

    Defendant CHRISTINE VALADEZ (MEZA):    Yes    No

    Defendant CHRIS DAVIS:    Yes    No

If you answered YES to any Defendant to either 6A or 6B, please proceed to question 7.

//

//

//

7.  What amount of punitive damages do you assess against any Defendant to punish him or her and to deter similar acts in the future?

    Defendant DENISE RAMOS:　　　　　　　　　$_____

    Defendant JOSHUA UGALDE:　　　　　　　　　$_____

    Defendant CHRISTINE VALADEZ (MEZA):　　　$_____

    Defendant CHRIS DAVIS:　　　　　　　　　　$_____

If you answered YES to any part of question 1 and/or question 3, then continue to question 8. If you answered NO as to all Defendants in questions 1 and 3, please proceed to the last page and have your presiding juror date and sign this form.

8.  Did Marissa Loftis ask Defendant Ramos what was going to happen to her child?

    Yes _____　　　　　No _____

Please proceed to question 9.

9.  During the phone call with Defendant Davis, did Marissa Loftis say to Defendant Davis that she did not want her child to go to Child Protective Services?

    Yes _____　　　　　No _____

Please proceed to question 10.

10. Did Marissa Loftis tell Defendant Davis that she did not want her child to go to Child Protective Services when Davis spoke with her in person on April 17, 2016?

    Yes _____　　　　　No _____

Please proceed to question 11.

11. Did Defendants Ramos and Valadez (Meza) take a reasonable amount of time to search Marissa Loftis on April 17, 2016?

    Yes _____　　　　　No _____

Please proceed to question 12.

12. Did the search of Marissa Loftis produce three bindles on April 17, 2016?

    Yes _____　　　　　No _____

Please proceed to question 13.

13. Did Defendant Ugalde take a reasonable amount of time to inspect and test the bindles?

    Yes _____                 No _____

Please proceed to question 14.

14. Did Defendant Ramos speak with an anonymous caller who informed her that Marissa Loftis would be smuggling contraband into the prison?

    Yes _____                 No _____

Please proceed to question 15.

15. Were Defendants Davis and Ugalde conducting a separate investigation into the Loftises?

    Yes _____                 No _____

Please have your presiding juror date and sign this form.

DATED: 10-10-19                  *James Keller*

San Diego, CA                      Presiding Juror