

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marissa Loftis; Marquise Deangelo Loftis Jr. <br><br> **Plaintiff,** <br><br> V. <br><br> Denise Ramos, Sergeant; J. Ugalde; C. Valadez (Meza); C Davis; Does 1-10 <br><br> **Defendant.** | Civil Action No. 16cv2300-MMA(MSB) <br><br><br> **JUDGMENT IN A CIVIL CASE** |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED:

that Defendants did not violate Plaintiffs' Fourth Amendment right to be free from unreasonable seizure.

Date: 10/15/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman

R. Chapman, Deputy